Licenses of the City of New York, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. (See *Matter of Goelet* v. *Moss, ante,* p. 499, decided herewith.) Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

WILLIAM H. ZIEGLER, Appellant, v. THE CITY OF NEW YORK, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [156 Misc. 624.]

JOHN J. SHEEHAN and ABBIE G. SHEEHAN, Appellants, v. MARTHA F. QUINN and MARIE C. QUINN, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. OWENJAY REALTY COMPANY, INC., Appellant, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1931.) — Order dismissing writ of certiorari and confirming assessment for the year 1931 upon real property of relator unanimously reversed, the writ sustained and the tax assessment reduced to the sum of $700,000, with twenty dollars costs and disbursements to the appellant, on the ground that the weight of the competent and material evidence justified the reduction claimed. The findings inconsistent with this determination should be reversed and such new findings of fact proved on the trial made as are necessary to sustain the award hereby made. Settle order on notice. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. OWENJAY REALTY COMPANY, INC., Respondent, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1932–1933.) — Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

FLORINDO S. POLO, Appellant, v. BETHLEHEM FABRICATORS, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Dore and Cohn, JJ.

In the Matter of the Application of ROSE LUKSIN, as Administratrix, etc., of MEYER LUKSIN, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld. ROSE LUKSIN, as Administratrix, etc., Appellant; BENJAMIN LUKSIN, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ. [160 Misc. 926.]

EILEEN WENZEL, Respondent, v. LOUIS J. EHRET, JR., and MADELEINE EHRET, Appellants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $40,774.51; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of AMERICAN LEAGUE BASEBALL CLUB OF NEW YORK, INC., Petitioner, for a Certiorari Order against FRANK J. TAYLOR, as Comptroller of the City of New York, Respondent.— Order of certiorari dismissed, and the determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.; Dore, J., dissents and votes to sustain the order of certiorari and annul the determination.